UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,           Criminal. No. 12-252 (MJD/LIB)

         Plaintiff,

**FINAL ORDER OF FORFEITURE**

v.

TOMAS HERMOSILLO MARQUEZ,

         Defendant.

WHEREAS, on March 25, 2013, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States, pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d) in conjunction with 28 U.S.C. § 2461(c):

a. $4,615 in U.S. currency; and
b. High Standard, Model Sentinel, .22 caliber revolver, serial number 2425186;

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on April 4, 2013, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.      the Motion of the United States for a Final Order of Forfeiture [Docket No. 73] is GRANTED;

2.      all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d):

   a. $4,615 in U.S. currency; and
   b. High Standard, Model Sentinel, .22 caliber revolver, serial number 2425186; and

3.      the above property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June 26, 2013         s/ Michael J. Davis
                              MICHAEL J. DAVIS, Chief Judge
                              United States District Court